FORM A—To be used by a prisoner filing a complaint under Civil Rights Act, 42 U.S.C. § 1983

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
JAN 29 2018
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

~~Anthony Terry Dan~~

(Enter above the full name of
the plaintiff or plaintiffs
in this action.)

8:18CV31

v.                                COMPLAINT

~~Douglas County~~

(Enter above the full name of
the defendant or defendants
in this action, if known.)

(Note: If there is more than one plaintiff, a separate sheet
should be attached giving the information in Parts I, II, and III
for each plaintiff, by name. Remember, all plaintiffs must sign
the complaint.)

RECEIVED
JAN 29 2018
U.S. DISTRICT...

5

I. A. Place of Present Confinement **Douglas County Jail**
   B. Parties to this civil action: 1

   Please give your commitment name and any other name(s) you have used while incarcerated.

   (1) Plaintiff **Anthony Dan** Registr. No. **#1226020**
       Address **710 South 17th Street**
       **Omaha, NE 68102**

   Additional plaintiff's Registr. No. and address:

   **none**
   **none**

   (2) Defendant **Douglas County**
       is employed as **Douglas County** at **Douglas County**
       Additional defendant's employment: **Officers: Foster, K.A. Gamble, C.L. Godwin, Kitchen Staff, Administration Staff, Inmate Account Staff, Estevez, Raimez, S.M. Rose, Donna Fricke, Medical Staff, Dr. Esh, Commissary Staff, Blum, Graham, Lieutenant Valquir, Sergeant Cummings, Case Management, Sergeant Barbie, N.A. Jordan**

II. Previous Civil Actions
    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
       Yes ___ No **X**

    (1) Title: _____
              (Plaintiff)      (v.)       (Defendant)

    (2) Date filed _____

    (3) Court where filed _____
        (specify if the court was state or federal and the level of the court)

    (4) Court number and citation _____

    (5) Name of judge to whom the case was assigned _____

    (6) Basic claim made _____

6

Lisa, badge number #1589, maintenance staff, Sergeant M.K. Mclelean, and officer Haddad.

(7) Date of disposition_____

(8) Disposition_____
    (pending) (on appeal) (resolved)

(9) If decided by the court, state whether for plaintiff or defendant_____

(10) Approximate date of filing_____

(11) Approximate date of judgment_____

For additional cases, provide the above information in the same format on a separate page.

B. Have you begun other cases in state or federal courts relating to the conditions of your treatment while in confinement? Yes ___ No ✗

III. Grievance Procedure

A. Does your institution have an administrative or grievance procedure? Yes ✗ No ___

B. Did you present the facts relating to your complaint through the administrative or grievance procedure? Yes ✗ No ___

C. What was the result? Violated my due process rights with the grievance procedure.

D. If you did not file a grievance, state the reasons Officers violations and due process rights violations.

E. Please attach any responses as exhibits to this complaint.

F. If there is not prisoner grievance procedure at your institution, did you complain to prison authorities? Yes ✗ No ___

7

G. If your answer to F is yes,

A. What steps did you take and what was the result? filed step-one and step-two exhuastion grievances ~~form~~ forms.

IV. Jurisdiction

A. Is this complaint brought for a violation of your federal constitutional rights by a person employed by the state, county, or municipal government or acting with such government officials? Yes X No ___

If "yes," please state the agency the official(s) is/are employed by or why you believe the defendant(s) was/were acting in conjunction with government officials: Officers: Foster, K.A. Gamble, C.L. Godwin, Mod #20 staff, Kitchen staff, Administration staff, records staff, inmate account staff, officer Estevez, officer Raimez, officer S.M. Rose, Donna Fricke, Medical staff, Dr. Esh, Commissary Staff, officer Blum, officer Graham, officer M.P. Rowe, Director of Jail, Lieutenant Valquin, Sergeant Cummings, Case management, Sergeant Barbie, officer N.A. Jordan, Lisa #1589, Maintenance staff, Sergeant M.K. Mclelean, and officer Haddad.

B. Is this complaint brought for a violation of state or local law? Yes X No ___

If so, please specify (without alleging any supporting facts) the state law(s) you believe was/were violated 1st, 5th, 6th, and 8th amendment rights, was violated by Douglas County Jail Staff.

Is/are the defendant(s) residents of the same state as you? Yes X No ___

If not, specify what state _____

V.  Statement of Claim:

(State here as briefly as possible the **FACTS** of your case. You must state exactly what each defendant personally did, or failed to do, that resulted in harm to you, and describe the harm. Include the names of other persons involved (for example, other inmates), dates, and places of all events. If you allege related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet, if necessary. Unrelated claims should be raised in a separate civil action. Do not give legal arguments or cite cases or statutes except in Part B below.

A. See attached documents please and thank you for your concern. The Civil Courts should receive a total of 16 stamped envelopes with documents, inside the envelopes.

9

B. State briefly your legal theory or cite appropriate authority: See attached documents please and thank you for your concern. The Civil Courts should receive a total of 16 stamped envelopes with documents inside the envelopes.

VI. Relief

A. Do you request money damages? Yes X No __

If so, I'm requesting relief of 3.9 million dollars

1. Did you lose any money from this incident? Yes __ No X If so, how much? none

2. Did you receive a physical injury? Yes X No __

3. What other harm did you experience from this incident? Douglas County Jail Staff cause me physical harm threw the food by feeding me out of nasty food trays and mixing my food with germs and disease.

4. State the amount of damages claimed 3.9 million dollars

B. Do you request a jury trial? Yes __ No X

C. State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the Courts to make the Douglas County Jail Staff to pay for all the wrong doing to me that, unhumane and not right. I suffer good deal of pain threw eating out of nasty food trays and getting sick and receiving no medical treatment.

B. State briefly your legal theory or cite appropriate authority: See attached documents please and thank you for your concern. The Civil Courts should receive a total of 16 stamped envelopes with documents inside the envelopes.

VI. Relief

A. Do you request money damages? Yes X No ___

If so, I'm requesting relief of 3.9 million dollars

1. Did you lose any money from this incident? Yes ___ No X If so, how much? none

2. Did you receive a physical injury? Yes X No ___

3. What other harm did you experience from this incident? Douglas County Jail staff cause me physical harm threw the food by feeding me out of nasty food trays and mixing my food with germs and disease.

4. State the amount of damages claimed 3.9 million dollars

B. Do you request a jury trial? Yes ___ No X

C. State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the courts to make the Douglas County Jail staff to pay for all the wrong doing to me that, unhumane and not right. I suffer good deal of pain threw eating out of nasty food trays and getting sick and receiving no medical treatment.

12

VII. Request for Appointment of Counsel

    A. Do you want an attorney to represent you in presenting your claim to the court? Yes ___ No _X_

    B. Did someone help you in preparing this complaint? Yes ___ No _X_ If so, state the person's name (optional)

_____

_____

    C. Have you made any efforts to contact a private lawyer to determine if he or she would represent you in this action? Yes ___ No _X_

If so, state the name(s) and address(es) of each lawyer contacted **none**

_____

_____

_____

If not, state your reasons **I Anthony Terry Dan have no money to Afford a attorney, so I'm act as my own attorney, (Pro se) and my Civil Case.**

(Note: This court has no funds with which to pay an attorney for handling this type of case. Because of this, appointments are made only in cases where an attorney is greatly needed and the attorney is willing to take the case without expecting to receive any fee.)

**I declare under penalty of perjury that the forgoing is true and correct.**

Signed this 26th day of January, 2018.

**RECEIVED**

**JAN 29 2018**

**U.S. DISTRICT COURT**

Anthony Terry Dan

Anthony Terry Dan

(Signature(s) of Plaintiff(s))

13

Anthony Darr
Printed Name

(12260020)  #20 Rm #19
 Data #      Module #

Douglas County
DEPARTMENT OF CORRECTIONS
710 SOUTH 17TH STREET
OMAHA, NEBRASKA

RECEIVED
JAN 29 2018
U.S. DISTRICT...

OMAHA NE 680
25 JAN 2018 PM 2
FOREVER USA
Barn Swallow

Clerk OF The United States District Court
111 South 18th Plaza
Suite # 1152
Omaha, NE 68102-1322