IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY TERRY DAN,<br><br>        Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, FOSTER, K. A. GAMBLE, Officer; C. L. GODWIN, Officer; KITCHEN STAFF, ADMINISTRATION STAFF, INMATE ACCOUNT STAFF, ESTEVEZ, RAIMEZ, S. M. ROSE, DONNA FRICKE, MEDICAL STAFF, DR. ESH, COMMISSARY STAFF, BLUM, GRAHAM, VALQUIR, Lieutenant; CUMMINGS, Sergeant; CASE MANAGEMENT, BARBIE, Sergeant; N. A. JORDAN, LISA, badge number #1589; MAINTENANCE STAFF, M. K. MCLELEAN, Sergeant; and HADDAD, Officer;<br><br>        Defendants. | 8:18CV31<br><br><br>**MEMORANDUM<br>AND ORDER** |

      This matter is before the court on correspondence from the Plaintiff, which the court construes as a motion for status. (Filing No. 31.) Plaintiff inquires whether his case "g[o]t amended." (Id.) The court received an Amended Complaint (filing no. 27), a Motion to Amend Grievances (filing no. 28), and a Motion to Amend Complaint (filing no. 29) on August 6, 2018, and another document docketed as a Second Amended Complaint (filing no. 30) on August 8, 2018. Plaintiff is advised that the next step in his case is for the court to conduct further review of Plaintiff's amended complaint(s) pursuant to 28 U.S.C. § 1915(e) and 1915A. The court will conduct this review in its normal course of business. Accordingly,

IT IS ORDERED that Plaintiff's motion for status ([filing no. 31](#)) is granted.

Dated this 17th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge