IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ANTHONY TERRY DAN, | |
|---|---|
| Plaintiff, | 8:18CV31 |
| vs. | |
| BLUM, sued in their individual capacities only; and HADDAD, Officer, sued in their individual capacities only; | MEMORANDUM AND ORDER |
| Defendants. | |

On May 24, 2019, the court ordered Plaintiff to update his address with the court within 30 days or face dismissal of this action with prejudice. ([Filing No. 44](#).) To date, Plaintiff has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed with prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 28th day of June, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge